UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROPHET PAULCIN,
      Plaintiff,

vs.                                Case No.:  3:23cv24711/LAC/ZCB

RICKY DIXON, et al.,
      Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 4, 2024. (Doc. 17).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for extension of time (Doc. 16) is **DENIED**.

1

3.      Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for

failure to comply with an order of the Court.

4.      All pending motions are **DENIED** as moot.

5.      The Clerk of Court is directed to enter judgment in accordance with

this order and close the case.

**DONE AND ORDERED** this 26th day of June, 2024.


_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**